Kim LAUBE, Appellant,

v.

Teresa Stanek REA, Acting Director,
United States Patent and Trademark
Office, Appellee,

and

Wahl Clipper Corporation, Appellee.

No. 2013–1048.

United States Court of Appeals,
Federal Circuit.

Sept. 16, 2013.

Kent A. Rowald, Law Offices of Kent A.
Rowald, PC, of Houston Texas, argued for
appellant.

Mary L. Kelly, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee, Teresa Stanek Rea, Acting Director, United States Patent and Trademark Office. With her on the brief were Nathan K. Kelley, Deputy Solicitor, Robert J. McManus and Amy J. Nelson, Associate Solicitors.

Mark A. Hagedorn, Barnes & Thornburg, LLP, of Chicago, Illinois, argued for appellee Wahl Clipper Corporation.

O'MALLEY, CLEVENGER, and
TARANTO, Circuit Judges.

JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.